IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                 CR-18-3667-WJ

JOSE JOHN ROMERO,

    Defendant.

## NOTICE OF NON-AVAILABILITY

**COMES NOW**, counsel for Defendant Jose John Romero, Martin Lopez III, P. C. (Martin Lopez, III) and states he will be unavailable due to medical emergency from Wednesday, April 3, 2019 through Monday, April 22, 2019.

                                                                    Respectfully submitted,

                                                                    **MARTIN LOPEZ, III**
                                                                    A Professional Corporation

                                                                    <u>Electronically Filed April 8, 2019</u>
                                                                    Martin Lopez, III
                                                                    Attorney for Defendant Romero
                                                                    1500 Mountain Rd. NW
                                                                    Albuquerque, New Mexico 87104
                                                                    Tele: (505) 243-2900

**I HEREBY CERTIFY** that a copy of the foregoing was forwarded via electronic notice to all interested parties on this  <u> 8th </u>  day of April, 2019.

<u>Electronically Filed April 8, 2019</u>
Martin Lopez, III