## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOSE JOHN ROMERO,

      Petitioner,

v.                                      No. 1:22-cv-00704-KWR-KK
                                       No. 1:18-cr-03667-KWR-KK-1

UNITED STATES OF AMERICA,

      Respondent.

### **FINAL JUDGMENT**

      Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order (**Doc. 4**) filed **June 7, 2023**, the Court issues its separate judgment finally disposing of this case.

      **IT IS ORDERED, ADJUDGED, AND DECREED** Petitioner Jose John Romero's 28 U.S.C. § 2255 habeas motion (**CR Doc. 77; CV Doc. 1**) is **DISMISSED WITH PREJUDICE**.

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**